UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| SHELLEY TOONE, | |
|---|---|
| Plaintiff, | NO: 2:18-CV-0364-TOR |
| v. | ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |
| KENWORTH SALES COMPANY, | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice (ECF No. 19). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for dismissal with prejudice and without costs or fees to any party. The Court has reviewed the record and files herein, and is fully informed.

//

//

//

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

1   **ACCORDINGLY, IT IS HEREBY ORDERED**:

2   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is

3   **DISMISSED** with prejudice and without an award of costs or fees to any party.

4   The District Court Executive is directed to enter this Order and Judgment

5   accordingly, furnish copies to counsel, and **CLOSE** the file.

6   **DATED** May 8, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2